1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

TERRENCE JESSE FERRELL, JR.,

No. 1:21-cv-01796-DAD-SKO

12

Plaintiff,

13

v.

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS AND DISMISSING
ACTION DUE TO PLAINTIFF'S FAILURE
TO PROSECUTE AND FAILURE TO OBEY
A COURT ORDER

14

LOUIS DEJOY, et al.,

15

Defendants.

16

(Doc. No. 12)

17
18

Plaintiff Terrence Jesse Ferrell, Jr., proceeding *pro se* and *in forma pauperis*, initiated this

19

civil action on December 21, 2021. (Doc. No. 1.) This matter was referred to a United States

20

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21

On May 24, 2022, the assigned magistrate judge issued findings and recommendations

22

recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a

23

court order and failure to prosecute this action. (Doc. No. 12.) The pending findings and

24

recommendations were served on plaintiff and contained notice that any objections thereto were

25

to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the

26

findings and recommendations have been filed, and the time in which to do so has now passed.

27

/////

28

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.   The findings and recommendations issued on May 24, 2022 (Doc. No. 12) are adopted in full;

2.   This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 21, 2022**

_____
UNITED STATES DISTRICT JUDGE